



## MEMORANDUM OPINION

No. 04-11-00663-CV

**WEBB COUNTY APPRAISAL DISTRICT**, Appraisal Review Board of Webb County, Texas, and Martin Villarreal,
Appellants

v.

**AFW INVESTMENTS, LTD.**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2010CV7001619-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:  December 7, 2011

DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that they have entered into an agreed judgment.  The motion is granted.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).  Costs of appeal are taxed against the parties who incurred them.

                                        PER CURIAM